

**TACOPINA SEIGEL & DEOREO**

ELEONORA MARIA LANZONE
Email: elanzone@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone: (212) 227-8877
Facsimile: (212) 619-1028

November 18, 2025

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, New York, New York 10007

**APPLICATION GRANTED**

*Katharine H Parker*

**Hon. Katharine H. Parker, U.S.M.J.**

**11/18/2025**

      **Re:**    **United States v. Bryan Austermann**
                   <u>**Docket No. 1:24-MJ-04040-UA**</u>

Your Honor:

      The defense respectfully submits this letter on behalf of defendant Bryan Austermann to request – with the consent of the Government – a temporary modification of his bail conditions to permit the following limited travel for the upcoming holidays: (1) to Southwick, Massachusetts and Goffstown, New Hampshire between November 27 and December 1, 2025, to spend Thanksgiving with his family; and (2) to Southwick, Massachusetts between December 22 and December 29, 2025, to spend Christmas with his family.

      By way background, Mr. Austermann was charged on November 20, 2024, with violations of 18 U.S.C. §§ 2252A *et seq.* He was released that same day by the Hon. Stewart D. Aaron on a $100,000 unsecured personal recognizance bond, co-signed by two financially responsible persons, with conditions that: (1) his travel be restricted to the Southern and Eastern Districts of New York; and (2) he be subject to a curfew enforced via electronic monitoring at hours designated by Pretrial Services. To date, he has been fully compliant with all conditions of his release.

      The defense now respectfully requests that the Court temporarily modify those conditions to allow the holiday travel described above. For Thanksgiving, Mr. Austermann would stay at his parents' residence, located in Southwick, MA, on the night of November 26, 2025, and at the residence of his aunt and uncle in Goffstown, NH, on the night of November 27, 2025. He would then return to his parents' home in Massachusetts before traveling back to New York on December 1, 2025. For the Christmas holiday, he would stay at his parents' residence in Southwick, MA from December 22 through December 29, 2025. And for both trips, he would travel by train.

Hon. Katharine H. Parker
November 18, 2025
Page 2

Approximately one year ago, Judge Aaron granted a materially identical application – also with the Government's consent[1] – permitting Mr. Austermann to travel to these same locations for Thanksgiving and Christmas. Mr. Austermann completed that travel without incident and remained fully compliant with every condition of his release.

For all of the foregoing reasons, the defense respectfully requests that the Court temporarily modify Mr. Austermann's bail conditions to permit the holiday travel described above.

As referenced, the defense has conferred with AUSA Katherine Cheng, who consents to this application on behalf of the Government.

Your consideration in this matter is greatly appreciated.

Respectfully submitted,

Eleonora Maria Lanzone

cc:    AUSA Katherine Cheng
       AUSA Diarra Guthrie

---

[1]While Probation has not expressed its consent to this application – just as it did not with respect to last year's similar request – Probation advised defense counsel that its position reflects its general practice regarding electronically monitored defendants seeking to travel overnight outside the district for non-essential reasons. Probation explained that this standard position is based on logistical difficulties associated with monitoring such travel. Nevertheless, as noted above, Mr. Austermann was permitted to travel to both Massachusetts and New Hampshire for the same holidays last year with Court approval, and he fully complied with all conditions of his release during that period.